[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 12, 2007
THOMAS K. KAHN
CLERK

No. 06-13001
Non-Argument Calendar

_____

D. C. Docket No. 05-14101-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD LETRON SUMMERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 12, 2007)**

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Leonard Summers appeals his sentence of imprisonment for 188 months for

possession with intent to distribute cocaine base.  <u>See</u> 21 U.S.C. § 841(a)(1).

Summers contends that the district court erred when it determined that his prior

escape conviction qualified as a crime of violence and applied the career offender

enhancement to his base offense level.  Summers's argument is foreclosed by our

decision in <u>United States v. Gay</u>, 251 F.3d 950, 954 (11th Cir. 2001), that "a prior

escape conviction qualifies as a 'crime of violence' under the career offender

guideline."  <u>Gay</u> remains the law in this Circuit.  The district court did not err.

Summers's sentence is

**AFFIRMED.**